| | |
|---|---|
| 1 | THE HONORABLE JAMES L. ROBART |
| 2 | |

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

JEVON R. PINES,

                Plaintiff,

v.

TIMOTHY MCMURRICK; SCOTT ATTAWAY; STEVEN WHIDBY; DEAN OWENS; CITY OF KENT; and KING COUNTY, DEPARTMENT OF ADULT & JUVENILE DETENTION,

                Defendants.

Case No. 2:21-cv-00585-JLR

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Noted for June 3, 2021

Plaintiff Jevon R. Pines ("Plaintiff"), and Defendants Timothy Mcmurrick, Scott Attaway, Steven Whidby, and Dean Owens ("Individual Defendants"), through their undersigned counsel, stipulate and agree as follows:

1. On April 30, 2021, Plaintiff filed a Complaint against Defendants Timothy McMurrick, Scott Attaway, Steven Whidby, Dean Owens, City of Kent, and King County, Department of Adult & Juvenile Detention (Dkt. 1).

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
(Case No. 2:21-cv-00585-JLR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

2. On May 24, 2021, Plaintiff filed a First Amended Complaint (Dkt. 5). Pursuant to FRCP 15(a)(3), the deadline for responding to that complaint is June 7, 2021, for Individual Defendants McMurrick, Owens, and Whidby, who had been previously served with the original complaint.

3. Also on May 24, 2021, counsel agreed to accept service for Individual Defendant Attaway, who had not previously been served. The deadline for Defendant Attaway's response is thus June 14, 2021.

4. In order to allow Individual Defendants, who share the same counsel, to file a single response to the Amended Complaint and allow their counsel adequate time to receive and review relevant materials before responding, the Individual Defendants seek to have the deadline for their response set as June 14, 2021.

5. Based on the foregoing, the parties hereby stipulate and agree that the deadline for the Individual Defendants to answer, move or otherwise respond to Plaintiff's First Amended Complaint should be June 14, 2021.

Respectfully submitted this 3rd day of June, 2021.

| THE HORNBUCKLE FIRM | CALFO EAKES LLP |
|---|---|
| By  /s/ Jacey Liu<br>Jacey Liu, WSBA #43207<br>Stephen Hornbuckle, WSBA #39065<br>1408 140th Place N.E., Suite 250<br>Bellevue, WA 98007<br>(425) 679-0742 \| Phone<br>Email: jacey@thehornbucklefirm.com<br>          shornbuckle@thehornbucklefirm.com | By s/ Tyler Weaver<br>Tyler Weaver, WSBA# 29413<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 407-2218 \| Phone<br>(206) 407-2224 \| Fax<br>Email: tylerw@calfoeakes.com<br><br>*Attorney for Defendants Timothy McMurrick, Scott Attaway, Steven Whidby, and Dean Owens* |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
(Case No. 2:21-cv-00585-JLR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**ORDERED**

Having reviewed the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants Timothy Mcmurrick, Scott Attaway, Steven Whidby, and Dean Owens are given leave to file their response to Plaintiff's First Amended Complaint, by June 14, 2021.

IT IS SO ORDERED this 8th day of June, 2021

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE