The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEVON R. PINES,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TIMOTHY MCMURRICK; SCOTT ATTAWAY; STEVEN WHIDBY; DEAN OWENS; CITY OF KENT; and KING COUNTY, DEPARTMENT OF ADULT & JUVENILE DETENTION,<br><br>　　　　　　　Defendants. | No. 2:21-cv-00585-JLR<br><br>AGREEMENT TO ALLOW ELECTRONIC SERVICE ACCORDING TO FED. R. CIV. P. 5(b)(2)(E) |

The parties, by and through their undersigned counsel of record, stipulate as follows:

Counsel for the parties may serve each other with any document, including but not limited to motions, supporting documents to motions, pleadings, discovery requests, discovery responses, notices, and other communications, electronically. For purposes of this stipulation, "serve electronically" or "electronic service" or "service by electronic means" are defined as sending by e-mail a specified document in Portable Document Format (PDF) to the e-mail address of the attorney of record as specified below:

| **Counsel for Plaintiff** | Jacey Liu  jacey@thehornbucklefirm.com (attorney)<br>Stephen Hornbuckle  shornbuckle@thehornbucklefirm.com (attorney)<br>Allyson Adamson  allyson@thehornbucklefirm.com (paralegal)<br>Marisa Winn  marisa@thehornbucklefirm.com (legal assistant) |
|---|---|

AGREEMENT TO ALLOW ELECTRONIC SERVICE
ACCORDING TO FED. R. CIV. P. 5(b)(2)(E) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430 Fax (206) 296-8819

| **Counsel for Defendant King County Defendant** | Amanda Froh amanda.froh@kingcounty.gov (attorney)<br>Karen Richardson karen.richardson@kingcounty.gov (paralegal)<br>Helen Fung  hfung@kingcounty.gov (legal assistant) |
|---|---|
| **Counsel for Defendants MuMurrick, Attaway, Whidby, and Owens** | Tyler Weaver tylerw@calfoeakes.com (attorney)<br>Nancy Carriaga nancyc@calfoeakes.com (paralegal)<br>Lixi Colmenero lixic@calfoeakes.com (legal assistant) |
| **Counsel for Defendant City of Kent** | Geoff Grindeland geoff@seamarklaw.com (attorney)<br>Jeanine Blackett Lutzenhiser jeanine@seamarklaw.com (attorney)<br>Lisa Kopecky lisa@seamarklaw.com (paralegal) |

Parties serving electronically shall send the specified documents to each and every e-mail address identified above. Only parties who have consented to accept e-mail service may serve via e-mail.

Service by electronic means is complete on transmission when made prior to 5:00 pm on a judicial day. No service shall be by facsimile. Service made on a Saturday, Sunday, holiday, or after 5:00 pm on any other day shall be deemed complete at 9:00 am on the first judicial day thereafter.  (Service by other consented means is complete when the person making service delivers the copy to "the agency designated to make delivery.")   Service is effective despite an "out-of-office" reply e-mail. But e-mail service is not effective if the serving party receives an error message indicating the e-mail wasn't successfully received (*e.g.*, "user unknown," "connection timed out," or "message could not be delivered") prior to expiration of the service deadline, and the party making service has the ability to rectify the problem.

A single e-mail shall not include attachments that combined exceed 10 MB in size. If a document exceeds 10 MB, parties shall provide a link to download it from an online repository or serve by alternative means (*i.e.*, mail or hand delivery).

AGREEMENT TO ALLOW ELECTRONIC SERVICE
ACCORDING TO FED. R. CIV. P. 5(b)(2)(E) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430 Fax (206) 296-8819

Parties must file proof of service with the court whenever required by the Federal Rules of Civil Procedure. Proof of service by e-mail shall be by declaration or affidavit by the sender attesting to the electronic service.

This stipulation constitutes each party's consent to be served by electronic means as indicated. Any party may revoke this consent by serving all other parties by traditional means under Fed. R. Civ. P. 5(b)(1) and 5(b)(2) with notice that the party no longer consents to electronic service.

Nothing in this stipulation shall preclude a party from serving another party by traditional means as described in Fed. R. Civ. P. 5.

This stipulation does not apply to original service of process.

Dated this 9th day of June, 2021.

*per email authorization
/s/ Jacey Liu
JACEY LIU, WSBA #43207
STEPHEN HORNBUCKLE, WSBA#39065
Attorneys for Plaintiffs

Dated this 9th day of June, 2021.

/s/ Amanda Froh
AMANDA FROH, WSBA #34045
Attorney for Defendant King County

Dated this 8th day of June 2021.

*per email authorization
/s/ Geoff Grindeland
GEOFF GRINDELAND, WSBA #35798
JEANINE BLACKETT LUTZENHISER, WSBA #47613
Attorneys for Defendant City of Kent

Dated this 8th day of June, 2021.

*per email authorization
/s/ Tyler Weaver
TYLER WEAVER, WSBA #29413
Attorney for Defendants McMurrick, Attaway, Whidby, and Owens

AGREEMENT TO ALLOW ELECTRONIC SERVICE
ACCORDING TO FED. R. CIV. P. 5(b)(2)(E) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430 Fax (206) 296-8819