The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEVON R. PINES, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY MCMURRICK; SCOTT ATTAWAY; STEVEN WHIDBY; DEAN OWENS; CITY OF KENT; and KING COUNTY, DEPARTMENT OF ADULT & JUVENILE DETENTION, <br><br> Defendants. | No. 2:21-cv-00585-JLR <br><br> STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS TIMOTHY MCMURRICK, SCOTT ATTAWAY, STEVEN WHIDBY, AND DEAN OWENS ONLY |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff and defendants, parties to the above-entitled action, that the same be dismissed with prejudice as to Defendants TIMOTHY MCMURRICK, SCOTT ATTAWAY, STEVEN WHIDBY, and DEAN OWENS *only*, without costs or attorney's fees. King County and City of Kent remain as named defendants in this lawsuit.

1  DATED this 6th day of January, 2022 at Seattle, Washington.

2                               By: *s/ Jacey Liu*
                                Jacey Liu, WSBA #43207
3                                Stephen Hornbuckle, WSBA#39065
4                                Attorneys for Plaintiff
                                The Hornbuckle Firm
5                                1408 – 140th Place N.E., Suite 250
                                Bellevue, WA 98007
6                                jacey@thehornbucklefirm.com
                                shornbuckle@thehornbucklefirm.com
7

8                                DANIEL T. SATTERBERG
                                King County Prosecuting Attorney
9
                                By: */s/ Amanda Froh*
10                               AMANDA S. FROH, WSBA #34045
                               Senior Deputy Prosecuting Attorney
11                               Attorney for Defendant King County
                               1191 2ND Avenue, Suite 1700
12                               Seattle, WA  98101
                               Direct Line: (206) 477-1872
13                               Fax: (206) 296-0191
                               E-Mail: amanda.froh@kingcounty.gov
14

                               By: *s/ Tyler Weaver*
15                               Tyler Weaver, WSBA #29413
                               Attorney for Defendants McMurrick, Attaway,
16                               Whidby, and Owens
                               Calfo Eakes, LLP
17                               1301 Second Avenue, Suite 2800
                               Seattle, WA 98101
18                               tylerw@calfoeakes.com

19
                               By: *s/ Geoff Grindeland*
20                               Geoff Grindeland, WSBA #35798
                               Jeannine Blackett Lutzenhiser, WSBA #47613
21                               Attorneys for Defendant City of Kent
                               Seamark Law Group, PLLC.
22                               400 Winslow Way E, Suite 230
                               geoff@seamarklaw.com
23                               jeanine@seamarklaw.com

**ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED and DECREED that Defendants TIMOTHY MCMURRICK, SCOTT ATTAWAY, STEVEN WHIDBY, and DEAN OWENS are hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DONE IN OPEN COURT this 6th day of January, 2022.

_____
The Honorable James L. Robart

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANTS TIMOTHY MCMURRICK, SCOTT
ATTAWAY, STEVEN WHIDBY, AND DEAN OWENS
ONLY (2:21-cv-00585-JLR) - 3

**ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED and DECREED that Defendants TIMOTHY MCMURRICK, SCOTT ATTAWAY, STEVEN WHIDBY, and DEAN OWENS are hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DONE IN OPEN COURT this 6th day of January, 2022.

_____
The Honorable James L. Robart