The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEVON R. PINES, | ) |
| | ) |
| Plaintiffs, | ) No. 2:21-cv-00585-JLR |
| | ) |
| vs. | ) |
| | ) STIPULATION AND ORDER OF |
| TIMOTHY MCMURRICK; SCOTT | ) DISMISSAL WITH PREJUDICE OF |
| ATTAWAY; STEVEN WHIDBY; DEAN | ) DEFENDANTS CITY OF KENT |
| OWENS; CITY OF KENT; and KING | ) AND KING COUNTY |
| COUNTY, DEPARTMENT OF ADULT & | ) |
| JUVENILE DETENTION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff and Defendants City of Kent and King County, Department of Adult and Juvenile Detention, parties to the above-entitled action, that the same be dismissed with prejudice as to Defendants CITY OF KENT and KING COUNTY, without costs or attorney's fees.

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANTS CITY OF KENT AND KING
COUNTY (2:21-cv-00585-JLR) - 1

1   DATED this 28th day of January, 2022, at Seattle, Washington.

2
                      By: *s/ Jacey Liu*
3
                      Jacey Liu, WSBA #43207
                      Stephen Hornbuckle, WSBA#39065

4
                      Attorneys for Plaintiff
                      The Hornbuckle Firm

5
                      1408 – 140th Place N.E., Suite 250
                      Bellevue, WA 98007

6
                      jacey@thehornbucklefirm.com
                      shornbuckle@thehornbucklefirm.com

7

8
                      DANIEL T. SATTERBERG
                      King County Prosecuting Attorney

9
                     By: */s/ Amanda Froh*

10
                     AMANDA S. FROH, WSBA #34045
                     Senior Deputy Prosecuting Attorney

11
                     Attorney for Defendant King County
                     1191 2ND Avenue, Suite 1700

12
                     Seattle, WA  98101
                     Direct Line: (206) 477-1872

13
                     Fax: (206) 296-0191
                     E-Mail: amanda.froh@kingcounty.gov

14
                     By: *s/ Geoff Grindeland*

15
                     Geoff Grindeland, WSBA #35798
                     Attorney for Defendant City of Kent

16
                     Seamark Law Group, PLLC.
                     400 Winslow Way E, Suite 230

17
                     geoff@seamarklaw.com

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANTS CITY OF KENT AND KING
COUNTY (2:21-cv-00585-JLR) - 2

**ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED and DECREED that Defendants CITY OF KENT and KING COUNTY are hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DONE IN OPEN COURT this 28th day of January, 2022.

_____
The Honorable James L. Robart